EAST PROVIDENCE SCHOOL COMMITTEE

v.

RHODE ISLAND BOARD OF REGENTS FOR EDUCATION.

No. 80–83–M.P.

Supreme Court of Rhode Island.

July 10, 1980.

Nathaniel J. Rendine, Asst. City Sol., East Providence, for petitioner.

W. Slater Allen, Jr., Providence, for Susan Wood Marshall.

ORDER

The petition for writ of certiorari is denied.

DORIS, J., did not participate.